```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       EASTERN DIVISION
```

ANTHONY MOORE, #101104                                        PLAINTIFF

VERSUS                              CIVIL ACTION NO.  4:08cv13TSL-LRA

WARDEN JOHNNY CROCKETT
and CAPTAIN MARGIE DONALD                                    DEFENDANTS

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for plaintiff's failure to comply with the orders of this court.

SO ORDERED AND ADJUDGED, this the 3rd day of June, 2008.


                                     /s/Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE